# IN THE SUPREME COURT OF THE STATE OF NEVADA

BENJAMIN ALLEN HOUSER,
Petitioner,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
BRIAN WILLIAMS, WARDEN; AND DR.
ROMEO ARANAS,
Respondents.

No. 73218

**FILED**

OCT 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on June 13, 2017, without payment of the requisite filing fee. On June 28, 2017, this court issued an order directing petitioner to submit the requisite filing fee or a signed affidavit demonstrating his inability to pay within 30 days or the petition would be dismissed. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this petition is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Benjamin Allen Houser
     Attorney General/Carson City

---

[1]The motion filed on June 13, 2017, is denied, as it did not include sufficient information to assess whether petitioner should be allowed to proceed in forma pauperis.

17-35483